UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:04CR20 CDP |
| ) | |
| SHAUNTAY L. CRAIG, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

Defendant Shauntay L. Craig has filed a motion entitled "Motion for Credit & Prior Custody." In the motion he asks that I reduce his sentence by ordering that it run concurrently to the prior sentence he received, instead of consecutively. His reasons are that he has had a change in family circumstances, and that he is needed at home to care for his minor child. Although I am sympathetic to the problems of defendant's family and child, I do not believe that this change justifies changing his sentence, nor do I believe that I have authority to reduce his sentence for this reason under either Rule 35, Fed. R. Crim. P., or under 18 U.S.C. § 3582(c). Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion for Credit & Prior Custody [#35] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of June, 2005.